WEAVER v. EARLY

No. 581PA88.

Case below: 92 N.C. App. 115.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1989.

WILSON v. STATE RESIDENCE COMMITTEE OF U.N.C.

No. 2P89.

Case below: 92 N.C. App. 355.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.